IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:22CR284-1 |
| | : | |
| MARIO LOUIS BILLINGS, also known as "Rio" | : | |

The United States Attorney charges:

## COUNT ONE

On or about June 3, 2021, in the County of Durham, in the Middle District of North Carolina, MARIO LOUIS BILLINGS, also known as "Rio," knowingly did possess in commerce and affecting commerce a stolen firearm, that is, a Glock 9mm handgun, knowing and having reasonable cause to believe that the firearm was stolen; in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT TWO

On or about April 29, 2022, in the County of Durham, in the Middle District of North Carolina, MARIO LOUIS BILLINGS, also known as "Rio," knowingly did possess in commerce and affecting commerce a stolen firearm, that is, a Ruger 9mm handgun, knowing and having reasonable cause to

FILED SEP 0 1 2022 IN THIS OFFICE Clerk, U.S. District Court Greensboro, N.C. By

believe that the firearm was stolen; in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

DATED: September 1, 2022

SANDRA J. HAIRSTON
United States Attorney

*[signature]*

BY: ERIC L. IVERSON
Assistant United States Attorney